# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of November, two thousand twenty-three.

_____

| | |
|---|---|
| Atticus Limited Liability Company, | **ORDER** |
|     Plaintiff - Appellee, | Docket No. 23-1226 |
| v. | |
| The Dramatic Publishing Company, | |
|     Defendant - Appellant. | |

_____

    Appellant moves for leave to file a deferred appendix pursuant to FRAP 30(c) and Local Rule 30.1(c).

    IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

