# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of November, two thousand twenty-three.

_____

Atticus Limited Liability Company,

        Plaintiff - Appellee,

v.

The Dramatic Publishing Company,

        Defendant - Appellant.

_____

The Dramatic Publishing Company,

        Defendant-Appellant-Cross-Appellee,

v.

Atticus Limited Liability Company,

        Plaintiff-Appellee-Cross-Appellant.

_____

**ORDER**

Docket No. 23-1226

Docket Nos. 23-7751(L), 23-7850(XAP)

IT IS HEREBY ORDERED that the appeal docketed under 23-1226 shall be heard in tandem with 23-7751(L), 23-7850(XAP).

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court