# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3054 direct
whwang@sheppardmullin.com

April 19, 2024

**VIA E-FILING**

The Hon. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Atticus Limited Liability Company v. The Dramatic Publishing Company*, Case No. 23-1226

Dear Ms. Wolfe:

I am lead counsel of record for Appellee Atticus Limited Liability Company ("Appellee"). I write to notify the Court and all parties to this appeal that I am now with the law firm of Sheppard Mullin Richter & Hampton LLP ("Sheppard Mullin"). My new address and email have been updated with the Court and are set-forth above.

I will continue to serve as lead counsel for Appellee on this appeal at Sheppard Mullin. Accordingly, Appellee respectfully requests that the appearances of Loeb & Loeb LLP attorneys Jonathan Zavin and Keane Barger be withdrawn.

Respectfully,

*/s/ Wook Hwang*

Wook Hwang
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:4872-0746-4631.1