



William M. Jay
+1 202 346 4190
WJay@goodwinlaw.com

Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036

goodwinlaw.com
+1 202 346 4000

March 20, 2025

**<u>VIA ECF AND ACMS</u>**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *Atticus Limited Liability Company v. The Dramatic Publishing Company*, Nos. 23-1226-cv, 23-7751 (L), 23-7850 (XAP)

Dear Ms. Wolfe:

At oral argument in this case, the panel inquired about the status of the Estate of Harper Lee's appeal to the Seventh Circuit. In light of the Court's interest in that issue, I write to provide a brief update about subsequent developments. At the time of argument in this case, the Seventh Circuit appeal was stayed pending mediation (but not pending anything in this Court). The mediation has since proved unsuccessful and the appeal has proceeded to briefing. In an order issued on March 18, which is attached, the Seventh Circuit denied a motion by the Estate to stay the briefing schedule pending this Court's decision in this appeal; the Seventh Circuit "will permit the parties to file supplemental statements about the relevance, if any, of [this Court's] decision to [the Seventh Circuit] appeal" once this Court issues a decision. Order at 1.

Respectfully submitted,

<u>s/William M. Jay</u>
William M. Jay

Cc: All counsel of record (via ECF and ACMS)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 18, 2025

*Before*

MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 23-1309 | DRAMATIC PUBLISHING COMPANY,<br>Petitioner - Appellee<br><br>v.<br><br>ESTATE OF NELLE HARPER LEE, by and through its personal representative TONJA CARTER, and HARPER LEE, LLC,<br>Respondent - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-05541<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

The following are before the court:

1. **MOTION TO STAY BRIEFING AND HOLD APPEAL IN ABEYANCE**, filed on February 24, 2025, by counsel for the appellant.

2. **RESPONSE TO MOTION TO STAY BRIEFING AND HOLD APPEAL IN ABEYANCE**, filed on March 10, 2025, by counsel for the appellee.

3. **REPLY IN SUPPORT OF MOTION TO STAY BRIEFING AND HOLD APPEAL IN ABEYANCE**, filed on March 12, 2025, by counsel for the appellant.

**IT IS ORDERED** that the motion to suspend briefing is **DENIED**. Briefing will continue as scheduled, subject to reasonable requests for extensions. Oral argument will also continue in the ordinary course, to be scheduled for this court's fall term. At that time, if the Second Circuit has issued a decision in *Atticus Limited Liability Company v. Dramatic Publishing Co.*, No. 23-1226, this court will permit the parties to file supplemental statements about the relevance, if any, of that decision to this appeal.